NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MATTHEW WARD,                              )
                                           )
                Appellant,                 )
                                           )
v.                                         )        Case No. 2D17-4256
                                           )
STATE OF FLORIDA,                          )
                                           )
                Appellee.                  )
_____)

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pasco County; Mary M. Handsel,
Judge.


PER CURIAM.

        Affirmed.  See Adaway v. State, 902 So. 2d 746 (Fla. 2005); State v.

Boatwright, 559 So. 2d 210 (Fla. 1990); Rusaw v. State, 451 So. 2d 469 (Fla. 1984);

McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Guilford v. State, 88 So. 3d 998

(Fla. 2d DCA 2012); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Wilkinson v.

State, 889 So. 2d 110 (Fla. 2d DCA 2004); Boyd v. State, 880 So. 2d 726 (Fla. 2d DCA

2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Collier v. State, 148 So. 3d

797 (Fla. 1st DCA 2014).


MORRIS, SLEET, and BADALAMENTI, JJ., Concur.